IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

SARA B. WALDROP,

    Plaintiff,

  v.

                                      Case No. 21-cv-22-wmc

KILOLO KIJAKAZI, Acting
Commissioner of Social Security,

    Defendant.

## JUDGMENT IN A CIVIL CASE

    IT IS ORDERED AND ADJUDGED that judgment is entered in favor of defendant Kilolo Kijakazi, Acting Commissioner of Social Security affirming the decision of the Commissioner denying plaintiff Sara Waldrop's application for disability insurance benefits and dismissing this case.

| /s/ | 3/29/2022 |
|---|---|
| Peter Oppeneer, Clerk of Court | Date |