Case: 3:21-cv-00022-wmc

DOC NO
REC'D/FILED
2022 MAY -9  AM 11: 17
PETER
CLERK U.S.
WI

May 5, 2022

To whom it may concern,

    I would like to appeal the decision of the Western District Courts in my ssdi case.

    Please forward this request to the 7th Circuit Court of Appeals, Chicago, Il.

    Thank you,

Sara Waldrop.
Phone: (608)359-6065.
955 Newman Dr.
Janesville, WI. 53545=1055